1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9    UNITED STATES OF AMERICA,                Case No. 1: 13-cr-00362-AWI-BAM (001)

10              Plaintiff,                     ORDER STAYING RELEASE

11        v.

12   GAYLENE LYNNETTE BOLANOS,

13              Defendant.

14   _____

15
16        The above named defendant was Ordered Released with conditions by Judge Jonathan B.

17   Conklin on October 3, 2013.  This Court ORDERS defendant Gaylene Lynnette Bolanos' **release**

18   **DELAYED UNTIL, TUESDAY, OCTOBER 8, 2013 at 9:00 A.M. from Fresno County jail.**

19        FURTHER ORDERED that defendant shall report to Pretrial Service Office at the Fresno U.S.

20   District Courthouse upon her release.

21
22   IT IS SO ORDERED.

23      Dated:   **October 7, 2013**              /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

                                          1